**FILED**
2011 Jun-06 PM 07:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO91 (Rev. 5/93 ND/AL) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

2011 JUN -6  P 5: 19

U.S. DISTRICT COURT
N.D. OF ALABAMA

## CRIMINAL COMPLAINT

**UNITED STATES OF AMERICA**

v.                                      **CASE NUMBER: MAG 11-158**

**AARON BRIAN FIELDER,**
**defendant**

I, Walter Dawkins, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count One

Between on or about June 2, 2011, and including on or about June 6, 2011, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

AARON BRIAN FIELDER,

who was born on or about 1969, while using a facility and means of interstate commerce, to wit: the internet and a telephone, did knowingly attempt to persuade, induce, and entice an individual, known to the defendant as a 13 year old male, who had not obtained the age of 18 years to engage in sexual activity for which the defendant can be charged with a criminal offense, to wit: Sodomy in the Second Degree (Ala. Code § 13A-6-64); Sexual Abuse in the Second Degree (Ala. Code § 13A-6-67), in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) and that this complaint is based on the facts set forth in the affidavit, which is attached hereto and incorporated herein by reference.

See Attachment "A"

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____          at          _____
Date: Jun 6, 2011                                        Birmingham, Alabama
Date                                                     City and State

JOHN E. OTT                                              _____
United States Magistrate Judge                           Signature of JOHN E. OTT
Name and Title of Judicial Officer

## ATTACHMENT A
## AFFIDAVIT

I, Walter Dawkins, after being duly sworn in due form of law, depose and say that:

1. I am a Special Agent with the U.S. Homeland Security Investigations (HSI), U.S. Department of Homeland Security. I have been so employed since May 19, 2008, and I have been employed in a law enforcement capacity since 1999.

2. This affidavit is made in support of a criminal complaint for Aaron Brian Fielder, the defendant. The defendant is a native and citizen of the United States, born in or about August of 1969, social security number xxx-xx-6198.

3. On or about June 2, 2011, an undercover law enforcement officer initiated email contact, via the internet, with the defendant by responding to an internet advertisement. The defendant advertised an intent to engage in sexual activity with guys, including "young with NO experience." In the correspondence that followed, the defendant came to believe that a male, who was under 16 years old, was willing to engage in illegal sexual activity with the defendant.

4. The defendant sent the following communications, via email or text messages, to whom he thought was a male child, who was under the age of 16 years old: (These are not all of the defendant's communications, and any typographical or grammatical errors have purposefully not been corrected in order to reflect the actual communications)

    A. "{UC name} if you are {age of UC} how the hell do you think you can meet up with someone?"...
    B. "Lol, well bud u kinda have to plan. Cant just walk into your house and get naked."...
    C. "16 is the legal age of consent for sex."...
    D. "So how am I going to be able to get you alone?"...
    E. "First I need to understand how u want to work this. If I come pick u up where will the rents think u r? Will they double check on u? How long can u be away?"...

F. "Send me a cock shot"...

G. "So have u ever been with anyone?"...

H. "Do u watch porn?"...

I. "U wanna try fuckin"...

J. What if I want u to fuck me?"...

K. "U jack off a lot man?"...

L. "Nice, how big is your dick?"...

M. "U ever had your asshole tongue fucked?"...

N. "K, u know I could be your daddy"...

O. "I want to lick your little asshole man"...

P. "Do u eat cum?"...

Q. "U think you'll like me licking your crack?"...

R. "Nice, so I wont be the first man you've kissed?"...

S. "If u get to spend the night, we'll sleep naked together.  Have u ever slept naked with anaked man before?"...

T. "U ever had your cock sucked?...

U. "Wanna suck my cock?...

5. The defendant also expressed concern about getting in trouble, including writing, "Your rents don't ever check on your cell do they? U need to make sure u delete our texts."

6. Communications between the defendant and the undercover resulted in the defendant making arrangements to meet who he thought was a male child, who was under the age of 16 years old.  The defendant arrived at a location in Jefferson County, Alabama on June 6, 2011, and texted "Im here" to the undercover.

7. On June 6, 2011, the defendant was arrested and on his cell phone in plain view was a text from the undercover officer stating "Coming". Identification of the defendant was confirmed when agents located his Driver License on his person. The driver's license was Aaron Brian Fielder; Date of Birth 8/**/1969, Driver's License number ***2664. In the defendant's front right pocket law enforcement located a bottle of "KY" personal lubricant.

8. On June 6, 2011, the defendant after waiving his *Miranda* Rights stated he knew he was chatting with a minor male under the age of 16 years old.

9. The defendant did use a facility and means of interstate commerce, that is the internet and a cell phone, to attempt to engage in sexual activity with a minor male, who was under the age of 16 years old, in violation of Title 18 U.S.C. § 2422(b). The communications and criminal conduct occurred in Jefferson County, within the Northern District of Alabama, and elsewhere.

*Walter Dawkins*

Walter Dawkins
Senior Special Agent
Department of Homeland Security


Sworn to before me and subscribed in my presence on
June __4th__, 2011.

*J.hill*

JOHN E. OTT
UNITED STATES MAGISTRATE JUDGE